# IN THE SUPREME COURT OF PENNSYLVANIA

IN THE MATTER OF

MICHAEL JOSEPH SAVONA

: No. 2460 Disciplinary Docket No. 3
:
: Board File No. C2-17-940
:
: (United States District Court, Eastern
: District of Pennsylvania, No. 2:18-cr-0032)
:
: Attorney Registration No. 78076
:
: (Bucks County)

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2018, upon consideration of the Joint Petition for Temporary Suspension, Michael Joseph Savona is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order pursuant to Pa.R.D.E. 214(f)(2) are specifically preserved.